B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–32418**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Daniel Bauman
   1655 Lake Cook Road
   Apt. 340
   Highland Park, IL 60035

Social Security / Individual Taxpayer ID No.:
   xxx–xx–2206

Employer Tax ID / Other nos.:

### DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: April 20, 2015                      Jeffrey P. Allsteadt, Clerk
                                             United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                      United States Bankruptcy Court
                      Northern District of Illinois
```

In re:                                                          Case No. 11-32418-ABG
Daniel Bauman                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina             Page 1 of 2             Date Rcvd: Apr 20, 2015
                              Form ID: b18              Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2015.
```
db              #+Daniel Bauman,   1655 Lake Cook Road,   Apt. 340,   Highland Park, IL 60035-4432
17644441         +American Heartland Bank and Trst,   799 Heartland Dr.,   Sugar Grove, IL 60554-9345
17644442          Banco Popular,   9600 Bryn Mawr Ave,   # 100,   Des Plaines, IL  60018-5221
17644443        +++Bank Financial F.S.B,   c/o Crowley & lamb, PC,   221 N LaSalle Street Suite 1550,
                   Chicago, IL 60601-1224
22877012         +BankFinancial F.S.B.,   c/o Neal, Gerber & Eisenberg LLP,   Attn: Mark A. Berkoff,
                   Two N. LaSalle Street, Suite 1700,   Chicago, IL 60602-4000
21805447         +BankFinancial, FSB c/o Crowley & Lamb,   Attn: James M. Crowley,
                   221 N. LaSalle St., Suite 1550,   Chicago, IL 60601-1224
17644444        #+Bauman Mortgage Corporation,   c/o Daniel Bauman,   1655 Lake Cook Rd., #340,
                   Highland Park, IL 60035-4432
17644446         +Chicago Title & Trust Company,   171 N Clark St,   Chicago, IL 60601-3279
18604707         +First Chicago Bank & Trust,   c/o Zenoff & Zenoff Chartered,   53 W. Jackson Blvd., Suite 1140,
                   Chicago, IL 60604-3619
17644447         +First Chicago Bank & Trust Co.,   c/o Northbrook Bank & Trust,   1100 Waukegan Road,
                   Northbrook, IL 60062-4663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20636372         +E-mail/Text: www@arthuradler.com Apr 21 2015 01:22:04      Banco Popular North America,
                   C/o Adler & Associates, Ltd.,   25 E. Washington Street, Suite 1221,
                   Chicago, Illinois 60602-1875
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17644445*        +Daniel Bauman,   1655 Lake Cook Road,   Apt. 340,   Highland Park, IL 60035-4432
17644448        ##+Richard H. Fimoff,   25 E Washington Street,   Suite 1000,   Chicago, IL 60602-1705
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2015 at the address(es) listed below:
```
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ     ifgcourt@aol.com,   IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Attorney    Law Offices of Ilene F Goldstein, Chartered
               ifgcourt@aol.com,   IL35@ecfcbis.com
              James M. Crowley    on behalf of Creditor    BankFinancial, FSB jcrowley@crowleylamb.com,
               docket@crowleylamb.com;mmusto@crowleylamb.com
              Jennifer L. Barton    on behalf of Defendant Daniel  Bauman jbarton@rsplaw.com
              Jennifer L. Hamilton    on behalf of Plaintiff    BankFinancial, FSB jhamilton@crowleylamb.com,
               docket@crowleylamb.com;raguilar@crowleylamb.com;mmusto@crowleylamb.com
              Jennifer L. Hamilton    on behalf of Creditor    BankFinancial, FSB jhamilton@crowleylamb.com,
               docket@crowleylamb.com;raguilar@crowleylamb.com;mmusto@crowleylamb.com
```

```
District/off: 0752-1          User: nmolina           Page 2 of 2           Date Rcvd: Apr 20, 2015
                              Form ID: b18            Total Noticed: 11


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John F. Sullivan    on behalf of Plaintiff    BankFinancial, FSB jsullivan@crowleylamb.com,
               luribe@crowleylamb.com;docket@crowleylamb.com
              John F. Sullivan    on behalf of Creditor    BankFinancial, FSB jsullivan@crowleylamb.com,
               luribe@crowleylamb.com;docket@crowleylamb.com
              Kayleigh J Thomas    on behalf of Plaintiff    BankFinancial, FSB kthomas@crowleylamb.com,
               luribe@crowleylamb.com,docket@crowleylamb.com
              Mark A Berkoff    on behalf of Creditor    BankFinancial, FSB mberkoff@ngelaw.com,
               cdennis@ngelaw.com,ecfdocket@ngelaw.com,mmirkovic@ngelaw.com
              Mark A Berkoff    on behalf of Plaintiff    BankFinancial, FSB mberkoff@ngelaw.com,
               cdennis@ngelaw.com,ecfdocket@ngelaw.com,mmirkovic@ngelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard H Fimoff    on behalf of Defendant Daniel  Bauman rfimoff@rsplaw.com,   fb@rsplaw.com
              Richard H Fimoff    on behalf of Debtor Daniel  Bauman rfimoff@rsplaw.com,   fb@rsplaw.com
                                                                                             TOTAL: 15
```