# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BAUMAN, DANIEL § Case No. 11-32418-ABG
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 08, 2011. The undersigned trustee was appointed on August 17, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        340,840.43

   Funds were disbursed in the following amounts:
   
   | | |
   |---|---:|
   | Payments made under an interim distribution | 186,750.00 |
   | Administrative expenses | 70,611.16 |
   | Bank service fees | 13,838.01 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 69,641.26 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

  6. The deadline for filing non-governmental claims in this case was 07/03/2013 and the deadline for filing governmental claims was 02/04/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $20,292.02.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $13,250.00 as interim compensation and now requests the sum of $7,042.02, for a total compensation of $20,292.02.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/27/2016  By: /s/ILENE F. GOLDSTEIN
        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-32418-ABG  
**Case Name:** BAUMAN, DANIEL  

**Period Ending:** 07/27/16

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/08/11 (f)  
**§341(a) Meeting Date:** 09/09/11  
**Claims Bar Date:** 07/03/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Cash<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Bank Financial Account No. 0129000361<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,763.00 | 0.00 | | 1,763.56 | FA |
| 3 | Centrust Bank NA Account No. 901101906 Daniel Ba<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 157,754.00 | 157,649.00 | | 157,847.10 | FA |
| 4 | Deerfield Bank & Trust Account No. 7060004165<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Glenview State Bank account 108029529<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 29,585.00 | 0.00 | | 0.00 | FA |
| 6 | Harris, NA Account No. 4804894276<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 15,502.00 | 0.00 | | 0.00 | FA |
| 7 | JPMorgan Chase Bank Account No. 445428<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,169.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous furniture and household goods<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 9 | Miscellaneous books and family pictures<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 10 | small jade collection<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | miscellaneous mens clothing<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 12 | Bauman Mortgage Corporation Pension Plan | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-32418-ABG  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** BAUMAN, DANIEL  **Filed (f) or Converted (c):** 08/08/11 (f)
 **§341(a) Meeting Date:** 09/09/11
**Period Ending:** 07/27/16  **Claims Bar Date:** 07/03/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13   Bauman Venture Pension Plan    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,266,381.00 | 0.00 | | 173,000.00 | FA |
| 14   Bauman Mortgage Corporation    Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 15   Bauman Venture Defunct and out of business, no a    Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 16   used computer, printer and monitor    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 17   Post petition refund of taxes  (u) | 0.00 | 0.00 | | 8,223.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 6.77 | Unknown |
| **18   Assets   Totals** (Excluding unknown values) | **$1,474,356.00** | **$158,149.00** | | **$340,840.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE BANKRUPTCY COURT RULED THAT FUNDS IN A RETIREMENT ACCOUNT WAS NOT EXEMPT.  THIS RULING WENT UP ON APPEAL.  ON NOVEMBER  26, 2014 THE PARTIES SETTLED THE APPEAL WHICH WAS APPROVED BY THE BANKRUPTCY COURT.  THE FUNDS WERE COMING IN IN 2014 AND 2015.  THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE.  THE TRUSTEE HAS BEGUN CLOSING THE CASE DOING AN INTERIM DISTRIBUTION IN SEPTEMBER OF 2015.

**Initial Projected Date Of Final Report (TFR):**     March 31, 2013     **Current Projected Date Of Final Report (TFR):**     June 30, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-32418-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | BAUMAN, DANIEL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******31-65 - Checking Account |
| Taxpayer ID #: | **-***6763 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/27/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/26/11 | {3} | Daniel Bauman | Monies on Deposit | 1129-000 | 157,847.10 | | 157,847.10 |
| 08/26/11 | {2} | Daniel Bauman--Bank Financial | Funds on Deposit | 1129-000 | 1,763.56 | | 159,610.66 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 159,610.79 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 159,585.79 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.31 | | 159,587.10 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 327.92 | 159,259.18 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.35 | | 159,260.53 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 316.34 | 158,944.19 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.30 | | 158,945.49 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 348.41 | 158,597.08 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.34 | | 158,598.42 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 325.88 | 158,272.54 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.34 | | 158,273.88 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 346.00 | 157,927.88 |
| 02/15/12 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #11-32418, 2012-2013 Bond Premium | 2300-000 | | 149.90 | 157,777.98 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 312.78 | 157,465.20 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 322.67 | 157,142.53 |
| 04/20/12 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 17,101.00 | 140,041.53 |
| 04/20/12 | 1003 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 102.60 | 139,938.93 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 305.40 | 139,633.53 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 314.78 | 139,318.75 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 275.97 | 139,042.78 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 303.91 | 138,738.87 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 293.77 | 138,445.10 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 264.78 | 138,180.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 311.47 | 137,868.85 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 282.51 | 137,586.34 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 272.53 | 137,313.81 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 137,313.81 | 0.00 |

Subtotals :    $159,617.43    $159,617.43

{} Asset reference(s)

Printed: 07/27/2016 04:07 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-32418-ABG | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| **Case Name:** | BAUMAN, DANIEL | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******31-65 - Checking Account |
| **Taxpayer ID #:** | **-***6763 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 07/27/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 159,617.43 | 159,617.43 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 137,313.81 | |
| | | | **Subtotal** | | 159,617.43 | 22,303.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$159,617.43** | **$22,303.62** | |

{} Asset reference(s)

Printed: 07/27/2016 04:07 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-32418-ABG  
**Case Name:** BAUMAN, DANIEL  

**Taxpayer ID #:** **-***6763  
**Period Ending:** 07/27/16  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0265 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 137,313.81 | | 137,313.81 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.64 | 137,103.17 |
| 02/26/13 | 11004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #11-32418, Bond Number 016026455 | 2300-000 | | 124.68 | 136,978.49 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.05 | 136,794.44 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.22 | 136,604.22 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.58 | 136,394.64 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.72 | 136,191.92 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.83 | 136,009.09 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.18 | 135,793.91 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.31 | 135,598.60 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.53 | 135,410.07 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.26 | 135,195.81 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.49 | 135,014.32 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.62 | 134,800.70 |
| 01/02/14 | 11005 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interim Attorneys fees | 3110-000 | | 10,180.00 | 124,620.70 |
| 01/02/14 | 11006 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Expenses for Attorneys | 3120-000 | | 37.20 | 124,583.50 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.63 | 124,396.87 |
| 02/25/14 | 11007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-32418, Bond Premium Voided on 03/07/14 | 2300-000 | | 159.19 | 124,237.68 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.99 | 124,070.69 |
| 03/07/14 | 11007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-32418, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -159.19 | 124,229.88 |
| 03/07/14 | 11008 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-32418, Bond Premium Voided on 03/10/14 | 2300-000 | | 128.43 | 124,101.45 |
| 03/10/14 | 11008 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-32418, Bond Premium | 2300-000 | | -128.43 | 124,229.88 |

Subtotals : $137,313.81  $13,083.93

{} Asset reference(s)  Printed: 07/27/2016 04:07 PM  V.13.25

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 11-32418-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | BAUMAN, DANIEL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0265 - Checking Account |
| Taxpayer ID #: | **-***6763 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/27/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Voided: check issued on 03/07/14 | | | | |
| 03/10/14 | 11009 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #11-32418, Bond Premium | 2300-000 | | 128.43 | 124,101.45 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.65 | 123,928.80 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.15 | 123,738.65 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.97 | 123,560.68 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.79 | 123,388.89 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.24 | 123,193.65 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.28 | 123,022.37 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.74 | 122,833.63 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.56 | 122,651.07 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.77 | 122,492.30 |
| 12/22/14 | {13} | Daniel Bauman | Settlement of Exemption litigation | 1129-000 | 86,500.00 | | 208,992.30 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.71 | 208,763.59 |
| 01/26/15 | {13} | Baumnan Venture Retirement Plan | Settlement of Retirement Plan Dispute | 1129-000 | 86,500.00 | | 295,263.59 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 312.71 | 294,950.88 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 395.95 | 294,554.93 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 451.91 | 294,103.02 |
| 04/03/15 | 11010 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #11-32418, Bond | 2300-000 | | 160.96 | 293,942.06 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 422.96 | 293,519.10 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 408.11 | 293,110.99 |
| 06/08/15 | 11011 | United States Treasury | Federal Taxes | 2810-000 | | 11,813.00 | 281,297.99 |
| 06/08/15 | 11012 | ILLINOIS DEPARTMENT OF REVENUE | Income Taxes State | 2820-000 | | 3,592.00 | 277,705.99 |
| 06/08/15 | 11013 | United States Treasury | Income Taxes Federal | 2810-000 | | 12,000.00 | 265,705.99 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 428.88 | 265,277.11 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 394.27 | 264,882.84 |
| 08/28/15 | 11014 | United States Treasury | Taxes | 2810-000 | | 177.81 | 264,705.03 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 368.29 | 264,336.74 |
| 09/18/15 | 11015 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $13,250.00, Trustee Compensation; Reference: | 2100-000 | | 13,250.00 | 251,086.74 |
| 09/18/15 | 11016 | American Heartland Bank and Trst | Dividend paid  8.14% on $763,014.56; Claim# 1; Filed: $763,014.56; Reference: | 7100-000 | | 62,145.93 | 188,940.81 |
| 09/18/15 | 11017 | First Chicago Bank & Trust | Dividend paid  8.14% on $73,837.95; Claim# | 7100-000 | | 6,013.94 | 182,926.87 |

Subtotals :       $173,000.00       $114,303.01

{} Asset reference(s)                                                                                                        Printed: 07/27/2016 04:07 PM    V.13.25

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-32418-ABG  
**Case Name:** BAUMAN, DANIEL  

**Taxpayer ID #:** **-***6763  
**Period Ending:** 07/27/16  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0265 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 2; Filed: $73,837.95; Reference: Stopped on 02/01/16 | | | | |
| 09/18/15 | 11018 | BankFinancial F.S.B. | Dividend paid  8.14% on $1,441,863.34; Claim# 3 -4; Filed: $1,441,863.34; Reference: | 7100-000 | | 117,436.71 | 65,490.16 |
| 09/18/15 | 11019 | Banco Popular North America | Dividend paid  8.14% on $14,161.49; Claim# 4; Filed: $14,161.49; Reference: | 7100-000 | | 1,153.42 | 64,336.74 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 357.12 | 63,979.62 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.67 | 63,878.95 |
| 11/04/15 | 11020 | ILLINOIS DEPARTMENT OF REVENUE | Taxes - State | 2820-000 | | 401.60 | 63,477.35 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.87 | 63,380.48 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.80 | 63,270.68 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.07 | 63,174.61 |
| 02/01/16 | 11017 | First Chicago Bank & Trust | Dividend paid  8.14% on $73,837.95; Claim# 2; Filed: $73,837.95; Reference: Stopped: check issued on 09/18/15 | 7100-000 | | -6,013.94 | 69,188.55 |
| 02/01/16 | 11021 | First Chicago Bank & Trust | Dividend paid  8.14% on $73,837.95; Claim# 2; Filed: $73,837.95; Reference: | 7100-000 | | 6,013.94 | 63,174.61 |
| 02/22/16 | 11022 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #11-32418 | 2300-000 | | 28.98 | 63,145.63 |
| 02/29/16 | 11023 | Illinois Department Of Revenue | INCOME TAX | 2820-000 | | 1,363.00 | 61,782.63 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.62 | 61,691.01 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.74 | 61,593.27 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.40 | 61,507.87 |
| 05/16/16 | {17} | United States Treasury | Refund on Taxes | 1224-000 | 8,223.00 | | 69,730.87 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.61 | 69,641.26 |
| | | | **ACCOUNT TOTALS** | | 318,536.81 | 248,895.55 | **$69,641.26** |
| | | | Less: Bank Transfers | | 137,313.81 | 0.00 | |
| | | | **Subtotal** | | 181,223.00 | 248,895.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$181,223.00** | **$248,895.55** | |

{} Asset reference(s)

Printed: 07/27/2016 04:07 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 11-32418-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** BAUMAN, DANIEL | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0265 - Checking Account |
| **Taxpayer ID #:** **-***6763 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 07/27/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

Net Receipts : 340,840.43

Net Estate : $340,840.43

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******31-65 | 159,617.43 | 22,303.62 | 0.00 |
| Checking # ******0265 | 181,223.00 | 248,895.55 | 69,641.26 |
| | $340,840.43 | $271,199.17 | $69,641.26 |

{} Asset reference(s)

Printed: 07/27/2016 04:07 PM   V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 3, 2013

**Case Number:** 11-32418-ABG  
**Debtor Name:** BAUMAN, DANIEL  

Page: 1

**Date:** July 27, 2016  
**Time:** 04:07:54 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $20,292.02 | $13,250.00 | 7,042.02 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $38,341.00 | $27,281.00 | 11,060.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $325.15 | $139.80 | 185.35 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $5,411.25 | $0.00 | 5,411.25 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $332.00 | $0.00 | 332.00 |
| 1<br>610 | American Heartland Bank and Trst<br>799 Heartland Dr.<br>Sugar Grove, IL 60554 | Unsecured | History: Details1-102/15/2012Claim #1 filed by American Heartland Bank and Trst, Amount claimed: $763014.56 (Czapulonis, Adam )<br>--------------------------------------------------------------------------------* * * | $763,014.56 | $62,145.93 | 700,868.63 |
| 2<br>610 | First Chicago Bank & Trust<br>c/o Zenoff & Zenoff Chartered<br>53 W. Jackson Blvd., Suite 1140<br>Chicago, IL 60604 | Unsecured | History: Details2-103/12/2012Claim #2 filed by First Chicago Bank & Trust, Amount claimed: $73837.95 (Lyons, Mary Ann )<br>--------------------------------------------------------------------------------* * * | $73,837.95 | $6,013.94 | 67,824.01 |
| 3<br>610 | Bank Financial F.S.B<br>c/o Crowley & lamb, PC<br>221 N LaSalle Street Suite 1550,Chicago,<br>    60601-, | Unsecured | 11/22/2013 Amendment 3-2 imported by ILENE; original claim didn't exist<br>--------------------------------------------------------------------------------<br>History: Details3-106/13/2013Claim #3 filed by Bank Financial F.S.B, Amount claimed: $1822863.34 (Sullivan, John )<br>Details3-206/14/2013Amended Claim #3 filed by Bank Financial F.S.B, Amount claimed: $1822863.34 (Sullivan, John )<br>--------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 3 -2<br>610 | Bank Financial F.S.B<br>c/o Crowley & lamb, PC<br>221 N LaSalle Street Suite 1550,<br>Chicago, IL 60601-, | Unsecured | 11/22/2013 Amendment 3-2 imported by ILENE; original claim didn't exist<br>--------------------------------------------------------------------------------<br>History: Details3-106/13/2013Claim #3 filed by Bank Financial F.S.B, Amount | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 3, 2013

**Case Number:** 11-32418-ABG  
**Debtor Name:** BAUMAN, DANIEL  

Page: 2

**Date:** July 27, 2016  
**Time:** 04:07:54 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | claimed: $1822863.34 (Sullivan, John ) Details3-206/14/2013Amended Claim #3 filed by Bank Financial F.S.B, Amount claimed: $1822863.34 (Sullivan, John ) ------* * * | | | |
| 3 -3 610 | BankFinancial F.S.B. c/o Neal, Gerber & Eisenberg LLP,Attn: Mark A. Berkoff,Two N. LaSalle Street, S Chicago, IL 60602 | Unsecured | 09/09/2015 Amendment 3-4 imported by ILENE; original claim disallowed ------ History: Details3-106/13/2013Claim #3 filed by Bank Financial F.S.B, Amount claimed: $1822863.34 (Sullivan, John ) Details3-206/14/2013Amended Claim #3 filed by Bank Financial F.S.B, Amount claimed: $1822863.34 (Sullivan, John ) Details3-304/16/2014Amended Claim #3 filed by BankFinancial, FSB c/o Crowley & Lamb, Amount claimed: $1822863.34 (Sullivan, John ) Details3-401/30/2015Amended Claim #3 filed by BankFinancial F.S.B., Amount claimed: $1441863.34 (Berkoff, Mark ) ------* * * | $0.00 | $0.00 | 0.00 |
| 3 -4 610 | BankFinancial F.S.B. c/o Neal, Gerber & Eisenberg LLP,Attn: Mark A. Berkoff,Two N. LaSalle Street, S Chicago, IL 60602 | Unsecured | 09/09/2015 Amendment 3-4 imported by ILENE; original claim disallowed ------ History: Details3-106/13/2013Claim #3 filed by Bank Financial F.S.B, Amount claimed: $1822863.34 (Sullivan, John ) Details3-206/14/2013Amended Claim #3 filed by Bank Financial F.S.B, Amount claimed: $1822863.34 (Sullivan, John ) Details3-304/16/2014Amended Claim #3 filed by BankFinancial, FSB c/o Crowley & Lamb, Amount claimed: $1822863.34 (Sullivan, John ) Details3-401/30/2015Amended Claim #3 filed by BankFinancial F.S.B., Amount claimed: $1441863.34 (Berkoff, Mark ) ------* * * | $1,441,863.34 | $117,436.71 | 1,324,426.63 |
| 4 610 | Banco Popular North America C/o Adler & Associates, Ltd. 25 E. Washington Street, Suite 1221 Chicago, IL 60602 | Unsecured | History: Details4-106/21/2013Claim #4 filed by Banco Popular North America, Amount claimed: $14161.49 (Weissbeck, William ) ------* * * | $14,161.49 | $1,153.42 | 13,008.07 |
| **<< Totals >>** | | | | 2,357,578.76 | 227,420.80 | 2,130,157.96 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                          Exhibit D

Case No.: 11-32418-ABG
Case Name: BAUMAN, DANIEL
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**    $    69,641.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    69,641.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 20,292.02 | 13,250.00 | 7,042.02 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 38,341.00 | 27,281.00 | 11,060.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 325.15 | 139.80 | 185.35 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 5,411.25 | 0.00 | 5,411.25 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 332.00 | 0.00 | 332.00 |

Total to be paid for chapter 7 administration expenses:    $    24,030.62
Remaining balance:    $    45,610.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    45,610.64

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $             0.00
Remaining balance:                       $        45,610.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,292,877.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Heartland Bank and Trst | 763,014.56 | 62,145.93 | 15,178.12 |
| 2 | First Chicago Bank & Trust | 73,837.95 | 6,013.94 | 1,468.81 |
| 3 -4 | BankFinancial F.S.B. | 1,441,863.34 | 117,436.71 | 28,682.00 |
| 4 | Banco Popular North America | 14,161.49 | 1,153.42 | 281.71 |

Total to be paid for timely general unsecured claims:   $        45,610.64
Remaining balance:                                       $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $             0.00
Remaining balance:                                     $             0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**