# Jodi E. Gimbel, P.C.

CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

5 Revere Drive, Suite 350, Northbrook, IL 60062
Office: 847.504.0190 • Fax: 847.897.8903
E-Mail: jgimbel@gimbelcpa.com

## INVOICE

Ilene Goldstein, Trustee                                              July 6, 2015
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

Re: Estate of Daniel Bauman
Case No 11-32418 ABG

For services provided through June 15, 2015 as follows:

| Date | Description | Person | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/17/2012 | Meeting with trustee to discuss case, open tax years, and potential asset recovery tax consequences | J. Gimbel | 1.40 | 185.00 | 259.00 |
| 9/24/2012 | Review file and determine 2012 tax filing requirements and status of missing information | J. Gimbel | 0.75 | 185.00 | 138.75 |
| 10/5/2013 | Prepare 2012 federal and Illinois fiduciary income tax returns | J. Gimbel | 2.20 | 185.00 | 407.00 |
| 10/5/2013 | Preparation of Power of Attorney forms and copies for federal and Illinois 2012 expedited audit requests | J. Gimbel | 0.60 | 185.00 | 111.00 |
| 4/10/2014 | Prepare 2013 federal and Illinois Tax extensions | J. Gimbel | 0.25 | 185.00 | 46.25 |
| 8/4/2014 | Review file and determine 2013 tax filing requirements and status of missing information | J. Gimbel | 0.75 | 185.00 | 138.75 |
| 9/2/2014 | Prepare 2013 federal and Illinois fiduciary income tax returns | J. Gimbel | 2.10 | 185.00 | 388.50 |
| 9/2/2014 | Preparation of Power of Attorney forms and copies for federal and Illinois 2013 expedited audit requests | J. Gimbel | 0.60 | 185.00 | 111.00 |

| Date | Description | Person | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/15/2014 | Research and discussions regarding taxability of pension plan asset recovery including analysis of tax savings to the estate by timing the distributions over 2 year period, tax treatment of refunding contributions to the plan sponsor or directly to the estate, and calculations regarding estimated payment requirements for the estate for 2014 and 2015 to avoid penalties | J. Gimbel | 6.75 | 185.00 | 1,248.75 |
| 10/20/2014 | Conference call with trustee and creditor's attorney regarding research results and taxability of pension plan distributions and settlements | J. Gimbel | 1.80 | 185.00 | 333.00 |
| 4/10/2015 | Prepare 2014 Extensions | J. Gimbel | 0.25 | 185.00 | 46.25 |
| 6/5/2015 | Prepare 2014 federal and Illinois fiduciary income tax returns | J. Gimbel | 5.30 | 185.00 | 980.50 |
| 6/5/2015 | Preparation of Power of Attorney forms and copies for federal and Illinois 2014 expedited audit requests | J. Gimbel | 0.60 | 185.00 | 111.00 |
| 6/5/2015 | Review procedures for early filing of 2015 final returns and discuss options with trustee | J. Gimbel | 1.20 | 185.00 | 222.00 |
| 6/5/2015 | Prepare 2015 Tax Projections and inform trustee of cash requirements | J. Gimbel | 0.80 | 185.00 | 148.00 |
| | Out of Pocket Costs for: Tax return computer charges | | | | 240.00 |
| | Postage | | | | 6.00 |
| | **TOTAL** | | | | **$ 4,935.75** |

# Jodi E. Gimbel, P.C.

CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

5 Revere Drive, Suite 350, Northbrook, IL 60062
Office: 847.504.0190 • Fax: 847.897.8903
E-Mail: jgimbel@gimbelcpa.com

## INVOICE

Ilene Goldstein, Trustee                                                July 6, 2015
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

Re: Estate of Daniel Bauman
Case No 11-32418 ABG

For services provided through June 15, 2015 as follows:

| Date | Description | Person | Hours | Rate | Total |
|---|---|---|---|---|---|
| 2/20/2016 | Request final Forms 1 and 2 and review missing information for 2015 tax returns | J. Gimbel | 1.20 | 185.00 | 222.00 |
| 2/24/2016 | Prepare 2015 federal and Illinois fiduciary tax returns | J. Gimbel | 2.10 | 185.00 | 388.50 |
| 2/24/2016 | Preparation of Power of Attorney forms and copies for federal and Illinois 2015 expedited audit requests | J. Gimbel | 0.60 | 185.00 | 111.00 |

Out of Pocket Costs for:
Tax return computer charges                                                    80.00
Postage                                                                         6.00

**TOTAL**                                                              **$   807.50**