UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **BAUMAN, DANIEL** | ) Bankruptcy Case No. 11-32418 ABG |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on _August 12, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

BAUMAN, DANIEL
1655 LAKE COOK ROAD
APT. 340
HIGHLAND PARK, IL 60035



,

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

Jodi E. Gimbel,P.C.
5 Revere Drive
Suite 350
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd

    Suite 128
    Northbrook, IL 60062

    Jodi E. Gimbel, P.C.
    5 Revere Drive
    Suite 350
    Northbrook, IL 60062

| | |
|---|---|
| 1 | American Heartland Bank and Trst<br>799 Heartland Dr.<br>Sugar Grove, IL 60554 |
| 2 | First Chicago Bank & Trust<br>c/o Zenoff & Zenoff Chartered<br>53 W. Jackson Blvd., Suite 1140<br>Chicago, IL 60604 |
| 3 | Bank Financial F.S.B<br>c/o Crowley & lamb, PC<br>221 N LaSalle Street Suite 1550, Chicago, 60601-, |
| 3 -2 | Bank Financial F.S.B<br>c/o Crowley & lamb, PC<br>221 N LaSalle Street Suite 1550,<br>Chicago, IL 60601-, |
| 3 -3 | BankFinancial F.S.B.<br>c/o Neal, Gerber & Eisenberg LLP, Attn:<br>Mark A. Berkoff, Two N. LaSalle Street, S<br>Chicago, IL 60602 |
| 3 -4 | BankFinancial F.S.B.<br>c/o Neal, Gerber & Eisenberg LLP, Attn:<br>Mark A. Berkoff, Two N. LaSalle Street, S<br>Chicago, IL 60602 |
| 4 | Banco Popular North America<br>C/o Adler & Associates, Ltd.<br>25 E. Washington Street, Suite 1221<br>Chicago, IL 60602 |

<u>/s/ ILENE F. GOLDSTEIN</u>

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402