# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BAUMAN, DANIEL                    § Case No. 11-32418
                                         §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $48,458.00 *(without deducting any secured claims)* | Assets Exempt: $1,316,207.00 |
| Total Distribution to Claimants: $232,360.64 | Claims Discharged Without Payment: $2,060,516.70 |
| Total Expenses of Administration: $108,479.79 | |

    3) Total gross receipts of $ 340,840.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $340,840.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 108,479.79 | 108,479.79 | 108,479.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 7,380,467.36 | 2,292,877.34 | 232,360.64 |
| **TOTAL DISBURSEMENTS** | $0.00 | $7,488,947.15 | $2,401,357.13 | $340,840.43 |

4) This case was originally filed under Chapter 7 on August 08, 2011. The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2017          By: /s/ILENE F. GOLDSTEIN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Financial Account No. 0129000361 | 1129-000 | 1,763.56 |
| Centrust Bank NA Account No. 901101906 Daniel Ba | 1129-000 | 157,847.10 |
| Bauman Venture Pension Plan | 1129-000 | 173,000.00 |
| Post petition refund of taxes | 1224-000 | 8,223.00 |
| Interest Income | 1270-000 | 6.77 |
| **TOTAL GROSS RECEIPTS** | | **$340,840.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 20,292.02 | 20,292.02 | 20,292.02 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 38,341.00 | 38,341.00 | 38,341.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 325.15 | 325.15 | 325.15 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 5,411.25 | 5,411.25 | 5,411.25 |
| Jodi E. Gimbel,P.C. | 3420-000 | N/A | 332.00 | 332.00 | 332.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 327.92 | 327.92 | 327.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 316.34 | 316.34 | 316.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 348.41 | 348.41 | 348.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 325.88 | 325.88 | 325.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 346.00 | 346.00 | 346.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 149.90 | 149.90 | 149.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 312.78 | 312.78 | 312.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 322.67 | 322.67 | 322.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 305.40 | 305.40 | 305.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 314.78 | 314.78 | 314.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 275.97 | 275.97 | 275.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 303.91 | 303.91 | 303.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 293.77 | 293.77 | 293.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 264.78 | 264.78 | 264.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 311.47 | 311.47 | 311.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 282.51 | 282.51 | 282.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 272.53 | 272.53 | 272.53 |
| Rabobank, N.A. | 2600-000 | N/A | 210.64 | 210.64 | 210.64 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 124.68 | 124.68 | 124.68 |
| Rabobank, N.A. | 2600-000 | N/A | 184.05 | 184.05 | 184.05 |
| Rabobank, N.A. | 2600-000 | N/A | 190.22 | 190.22 | 190.22 |
| Rabobank, N.A. | 2600-000 | N/A | 209.58 | 209.58 | 209.58 |
| Rabobank, N.A. | 2600-000 | N/A | 202.72 | 202.72 | 202.72 |
| Rabobank, N.A. | 2600-000 | N/A | 182.83 | 182.83 | 182.83 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 215.18 | 215.18 | 215.18 |
| Rabobank, N.A. | 2600-000 | N/A | 195.31 | 195.31 | 195.31 |
| Rabobank, N.A. | 2600-000 | N/A | 188.53 | 188.53 | 188.53 |
| Rabobank, N.A. | 2600-000 | N/A | 214.26 | 214.26 | 214.26 |
| Rabobank, N.A. | 2600-000 | N/A | 181.49 | 181.49 | 181.49 |
| Rabobank, N.A. | 2600-000 | N/A | 213.62 | 213.62 | 213.62 |
| Rabobank, N.A. | 2600-000 | N/A | 186.63 | 186.63 | 186.63 |
| Rabobank, N.A. | 2600-000 | N/A | 166.99 | 166.99 | 166.99 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 128.43 | 128.43 | 128.43 |
| Rabobank, N.A. | 2600-000 | N/A | 172.65 | 172.65 | 172.65 |
| Rabobank, N.A. | 2600-000 | N/A | 190.15 | 190.15 | 190.15 |
| Rabobank, N.A. | 2600-000 | N/A | 177.97 | 177.97 | 177.97 |
| Rabobank, N.A. | 2600-000 | N/A | 171.79 | 171.79 | 171.79 |
| Rabobank, N.A. | 2600-000 | N/A | 195.24 | 195.24 | 195.24 |
| Rabobank, N.A. | 2600-000 | N/A | 171.28 | 171.28 | 171.28 |
| Rabobank, N.A. | 2600-000 | N/A | 188.74 | 188.74 | 188.74 |
| Rabobank, N.A. | 2600-000 | N/A | 182.56 | 182.56 | 182.56 |
| Rabobank, N.A. | 2600-000 | N/A | 158.77 | 158.77 | 158.77 |
| Rabobank, N.A. | 2600-000 | N/A | 228.71 | 228.71 | 228.71 |
| Rabobank, N.A. | 2600-000 | N/A | 312.71 | 312.71 | 312.71 |
| Rabobank, N.A. | 2600-000 | N/A | 395.95 | 395.95 | 395.95 |
| Rabobank, N.A. | 2600-000 | N/A | 451.91 | 451.91 | 451.91 |
| Arthur B. Levine Company | 2300-000 | N/A | 160.96 | 160.96 | 160.96 |
| Rabobank, N.A. | 2600-000 | N/A | 422.96 | 422.96 | 422.96 |
| Rabobank, N.A. | 2600-000 | N/A | 408.11 | 408.11 | 408.11 |
| United States Treasury | 2810-000 | N/A | 11,813.00 | 11,813.00 | 11,813.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 3,592.00 | 3,592.00 | 3,592.00 |
| United States Treasury | 2810-000 | N/A | 12,000.00 | 12,000.00 | 12,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 428.88 | 428.88 | 428.88 |
| Rabobank, N.A. | 2600-000 | N/A | 394.27 | 394.27 | 394.27 |
| United States Treasury | 2810-000 | N/A | 177.81 | 177.81 | 177.81 |
| Rabobank, N.A. | 2600-000 | N/A | 368.29 | 368.29 | 368.29 |
| Rabobank, N.A. | 2600-000 | N/A | 357.12 | 357.12 | 357.12 |
| Rabobank, N.A. | 2600-000 | N/A | 100.67 | 100.67 | 100.67 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 401.60 | 401.60 | 401.60 |
| Rabobank, N.A. | 2600-000 | N/A | 96.87 | 96.87 | 96.87 |
| Rabobank, N.A. | 2600-000 | N/A | 109.80 | 109.80 | 109.80 |
| Rabobank, N.A. | 2600-000 | N/A | 96.07 | 96.07 | 96.07 |
| Arthur B. Levine Company | 2300-000 | N/A | 28.98 | 28.98 | 28.98 |
| Illinois Department Of Revenue | 2820-000 | N/A | 1,363.00 | 1,363.00 | 1,363.00 |
| Rabobank, N.A. | 2600-000 | N/A | 91.62 | 91.62 | 91.62 |
| Rabobank, N.A. | 2600-000 | N/A | 97.74 | 97.74 | 97.74 |
| Rabobank, N.A. | 2600-000 | N/A | 85.40 | 85.40 | 85.40 |
| Rabobank, N.A. | 2600-000 | N/A | 89.61 | 89.61 | 89.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $108,479.79 | $108,479.79 | $108,479.79 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Heartland Bank and Trst | 7100-000 | N/A | 763,014.56 | 763,014.56 | 77,324.05 |
| 2 | First Chicago Bank & Trust | 7100-000 | N/A | 73,837.95 | 73,837.95 | 7,482.75 |
| 3 | Bank Financial F.S.B | 7100-000 | N/A | 1,822,863.34 | 0.00 | 0.00 |
| 3 -2 | Bank Financial F.S.B | 7100-000 | N/A | 1,822,863.34 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 -3 | BankFinancial F.S.B. | 7100-000 | N/A | 1,441,863.34 | 0.00 | 0.00 |
| 3 -4 | BankFinancial F.S.B. | 7100-000 | N/A | 1,441,863.34 | 1,441,863.34 | 146,118.71 |
| 4 | Banco Popular North America | 7100-000 | N/A | 14,161.49 | 14,161.49 | 1,435.13 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $7,380,467.36 | $2,292,877.34 | $232,360.64 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-32418  
**Case Name:** BAUMAN, DANIEL  

**Period Ending:** 01/15/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/08/11 (f)  
**§341(a) Meeting Date:** 09/09/11  
**Claims Bar Date:** 07/03/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Cash<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 2 Bank Financial Account No. 0129000361<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,763.00 | 0.00 | | 1,763.56 | FA |
| 3 Centrust Bank NA Account No. 901101906 Daniel Ba<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 157,754.00 | 157,649.00 | | 157,847.10 | FA |
| 4 Deerfield Bank & Trust Account No. 7060004165<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 Glenview State Bank account 108029529<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 29,585.00 | 0.00 | | 0.00 | FA |
| 6 Harris, NA Account No. 4804894276<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 15,502.00 | 0.00 | | 0.00 | FA |
| 7 JPMorgan Chase Bank Account No. 445428<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,169.00 | 0.00 | | 0.00 | FA |
| 8 Miscellaneous furniture and household goods<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 9 Miscellaneous books and family pictures<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 10 small jade collection<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11 miscellaneous mens clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 12 Bauman Mortgage Corporation Pension Plan | 0.00 | 0.00 | | 0.00 | FA |

Printed: 01/15/2017 02:31 PM    V.13.29

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-32418  
**Case Name:** BAUMAN, DANIEL  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/08/11 (f)  
**§341(a) Meeting Date:** 09/09/11  

**Period Ending:** 01/15/17  
**Claims Bar Date:** 07/03/13  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Bauman Venture Pension Plan<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,266,381.00 | 0.00 | | 173,000.00 | FA |
| 14 | Bauman Mortgage Corporation<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 15 | Bauman Venture Defunct and out of business, no a<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 16 | used computer, printer and monitor<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 17 | Post petition refund of taxes  (u) | 0.00 | 0.00 | | 8,223.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 6.77 | Unknown |
| 18 | **Assets    Totals** (Excluding unknown values) | **$1,474,356.00** | **$158,149.00** | | **$340,840.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE BANKRUPTCY COURT RULED THAT FUNDS IN A RETIREMENT ACCOUNT WAS NOT EXEMPT.  THIS RULING WENT UP ON APPEAL.  ON NOVEMBER  26, 2014 THE PARTIES SETTLED THE APPEAL WHICH WAS APPROVED BY THE BANKRUPTCY COURT.  THE FUNDS WERE COMING IN IN 2014 AND 2015.  THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE.  THE TRUSTEE HAS BEGUN CLOSING THE CASE DOING AN INTERIM DISTRIBUTION IN SEPTEMBER OF 2015.

**Initial Projected Date Of Final Report (TFR):**     March 31, 2013         **Current Projected Date Of Final Report (TFR):**     June 30, 2016

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-32418  
**Case Name:** BAUMAN, DANIEL  

**Taxpayer ID #:** **-***6763  
**Period Ending:** 01/15/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******31-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/11 | {3} | Daniel Bauman | Monies on Deposit | 1129-000 | 157,847.10 | | 157,847.10 |
| 08/26/11 | {2} | Daniel Bauman--Bank Financial | Funds on Deposit | 1129-000 | 1,763.56 | | 159,610.66 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 159,610.79 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 159,585.79 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.31 | | 159,587.10 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 327.92 | 159,259.18 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.35 | | 159,260.53 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 316.34 | 158,944.19 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.30 | | 158,945.49 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 348.41 | 158,597.08 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.34 | | 158,598.42 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 325.88 | 158,272.54 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.34 | | 158,273.88 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 346.00 | 157,927.88 |
| 02/15/12 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #11-32418, 2012-2013 Bond Premium | 2300-000 | | 149.90 | 157,777.98 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 312.78 | 157,465.20 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 322.67 | 157,142.53 |
| 04/20/12 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 17,101.00 | 140,041.53 |
| 04/20/12 | 1003 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 102.60 | 139,938.93 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 305.40 | 139,633.53 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 314.78 | 139,318.75 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 275.97 | 139,042.78 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 303.91 | 138,738.87 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 293.77 | 138,445.10 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 264.78 | 138,180.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 311.47 | 137,868.85 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 282.51 | 137,586.34 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 272.53 | 137,313.81 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 137,313.81 | 0.00 |

Subtotals : $159,617.43    $159,617.43

{} Asset reference(s)                                           Printed: 01/15/2017 02:31 PM    V.13.29

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-32418 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | BAUMAN, DANIEL | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******31-65 - Checking Account |
| **Taxpayer ID #:** | **-***6763 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 01/15/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 159,617.43 | 159,617.43 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 137,313.81 | |
| | | | **Subtotal** | | 159,617.43 | 22,303.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$159,617.43** | **$22,303.62** | |

{} Asset reference(s)            Printed: 01/15/2017 02:31 PM    V.13.29

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-32418  
**Case Name:** BAUMAN, DANIEL  

**Taxpayer ID #:** **-***6763  
**Period Ending:** 01/15/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0265 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 137,313.81 | | 137,313.81 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.64 | 137,103.17 |
| 02/26/13 | 11004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #11-32418, Bond Number 016026455 | 2300-000 | | 124.68 | 136,978.49 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.05 | 136,794.44 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.22 | 136,604.22 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.58 | 136,394.64 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.72 | 136,191.92 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.83 | 136,009.09 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.18 | 135,793.91 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.31 | 135,598.60 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.53 | 135,410.07 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.26 | 135,195.81 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.49 | 135,014.32 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.62 | 134,800.70 |
| 01/02/14 | 11005 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interim Attorneys fees | 3110-000 | | 10,180.00 | 124,620.70 |
| 01/02/14 | 11006 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Expenses for Attorneys | 3120-000 | | 37.20 | 124,583.50 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.63 | 124,396.87 |
| 02/25/14 | 11007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-32418, Bond Premium Voided on 03/07/14 | 2300-000 | | 159.19 | 124,237.68 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.99 | 124,070.69 |
| 03/07/14 | 11007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-32418, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -159.19 | 124,229.88 |
| 03/07/14 | 11008 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-32418, Bond Premium Voided on 03/10/14 | 2300-000 | | 128.43 | 124,101.45 |
| 03/10/14 | 11008 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-32418, Bond Premium | 2300-000 | | -128.43 | 124,229.88 |

Subtotals :   $137,313.81   $13,083.93

{} Asset reference(s)   Printed: 01/15/2017 02:31 PM   V.13.29

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 11-32418 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | BAUMAN, DANIEL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0265 - Checking Account |
| Taxpayer ID #: | **-***6763 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/15/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 03/07/14 | | | | |
| 03/10/14 | 11009 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #11-32418, Bond Premium | 2300-000 | | 128.43 | 124,101.45 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.65 | 123,928.80 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.15 | 123,738.65 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.97 | 123,560.68 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.79 | 123,388.89 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.24 | 123,193.65 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.28 | 123,022.37 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.74 | 122,833.63 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.56 | 122,651.07 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.77 | 122,492.30 |
| 12/22/14 | {13} | Daniel Bauman | Settlement of Exemption litigation | 1129-000 | 86,500.00 | | 208,992.30 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.71 | 208,763.59 |
| 01/26/15 | {13} | Baumnan Venture Retirement Plan | Settlement of Retirement Plan Dispute | 1129-000 | 86,500.00 | | 295,263.59 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 312.71 | 294,950.88 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 395.95 | 294,554.93 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 451.91 | 294,103.02 |
| 04/03/15 | 11010 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #11-32418, Bond | 2300-000 | | 160.96 | 293,942.06 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 422.96 | 293,519.10 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 408.11 | 293,110.99 |
| 06/08/15 | 11011 | United States Treasury | Federal Taxes | 2810-000 | | 11,813.00 | 281,297.99 |
| 06/08/15 | 11012 | ILLINOIS DEPARTMENT OF REVENUE | Income Taxes State | 2820-000 | | 3,592.00 | 277,705.99 |
| 06/08/15 | 11013 | United States Treasury | Income Taxes Federal | 2810-000 | | 12,000.00 | 265,705.99 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 428.88 | 265,277.11 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 394.27 | 264,882.84 |
| 08/28/15 | 11014 | United States Treasury | Taxes | 2810-000 | | 177.81 | 264,705.03 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 368.29 | 264,336.74 |
| 09/18/15 | 11015 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $13,250.00, Trustee Compensation; Reference: | 2100-000 | | 13,250.00 | 251,086.74 |
| 09/18/15 | 11016 | American Heartland Bank and Trst | Dividend paid 8.14% on $763,014.56; Claim# 1; Filed: $763,014.56; Reference: | 7100-000 | | 62,145.93 | 188,940.81 |
| 09/18/15 | 11017 | First Chicago Bank & Trust | Dividend paid 8.14% on $73,837.95; Claim# | 7100-000 | | 6,013.94 | 182,926.87 |

Subtotals :    $173,000.00    $114,303.01

{} Asset reference(s)                                                                                     Printed: 01/15/2017 02:31 PM    V.13.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 11-32418  
**Case Name:** BAUMAN, DANIEL  

**Taxpayer ID #:** **-***6763  
**Period Ending:** 01/15/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0265 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 2; Filed: $73,837.95; Reference: Stopped on 02/01/16 | | | | |
| 09/18/15 | 11018 | BankFinancial F.S.B. | Dividend paid 8.14% on $1,441,863.34; Claim# 3 -4; Filed: $1,441,863.34; Reference: | 7100-000 | | 117,436.71 | 65,490.16 |
| 09/18/15 | 11019 | Banco Popular North America | Dividend paid 8.14% on $14,161.49; Claim# 4; Filed: $14,161.49; Reference: | 7100-000 | | 1,153.42 | 64,336.74 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 357.12 | 63,979.62 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.67 | 63,878.95 |
| 11/04/15 | 11020 | ILLINOIS DEPARTMENT OF REVENUE | Taxes - State | 2820-000 | | 401.60 | 63,477.35 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.87 | 63,380.48 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.80 | 63,270.68 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.07 | 63,174.61 |
| 02/01/16 | 11017 | First Chicago Bank & Trust | Dividend paid 8.14% on $73,837.95; Claim# 2; Filed: $73,837.95; Reference: Stopped: check issued on 09/18/15 | 7100-000 | | -6,013.94 | 69,188.55 |
| 02/01/16 | 11021 | First Chicago Bank & Trust | Dividend paid 8.14% on $73,837.95; Claim# 2; Filed: $73,837.95; Reference: | 7100-000 | | 6,013.94 | 63,174.61 |
| 02/22/16 | 11022 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #11-32418 | 2300-000 | | 28.98 | 63,145.63 |
| 02/29/16 | 11023 | Illinois Department Of Revenue | INCOME TAX | 2820-000 | | 1,363.00 | 61,782.63 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.62 | 61,691.01 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.74 | 61,593.27 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.40 | 61,507.87 |
| 05/16/16 | {17} | United States Treasury | Refund on Taxes | 1224-000 | 8,223.00 | | 69,730.87 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.61 | 69,641.26 |
| 09/12/16 | 11024 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $20,292.02, Trustee Compensation; Reference: | 2100-000 | | 7,042.02 | 62,599.24 |
| 09/12/16 | 11025 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $325.15, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 185.35 | 62,413.89 |
| 09/12/16 | 11026 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $38,341.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 11,060.00 | 51,353.89 |
| 09/12/16 | 11027 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $5,411.25, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 5,411.25 | 45,942.64 |

Subtotals :  $8,223.00    $145,207.23

{} Asset reference(s)

Printed: 01/15/2017 02:31 PM    V.13.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 11-32418  
**Case Name:** BAUMAN, DANIEL  
**Taxpayer ID #:** **-***6763  
**Period Ending:** 01/15/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0265 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/16 | 11028 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $332.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 332.00 | 45,610.64 |
| 09/12/16 | 11029 | American Heartland Bank and Trst | Dividend paid 10.13% on $763,014.56; Claim# 1; Filed: $763,014.56; Reference: | 7100-000 | | 15,178.12 | 30,432.52 |
| 09/12/16 | 11030 | First Chicago Bank & Trust | Dividend paid 10.13% on $73,837.95; Claim# 2; Filed: $73,837.95; Reference: | 7100-000 | | 1,468.81 | 28,963.71 |
| 09/12/16 | 11031 | BankFinancial F.S.B. | Dividend paid 10.13% on $1,441,863.34; Claim# 3 -4; Filed: $1,441,863.34; Reference: | 7100-000 | | 28,682.00 | 281.71 |
| 09/12/16 | 11032 | Banco Popular North America | Dividend paid 10.13% on $14,161.49; Claim# 4; Filed: $14,161.49; Reference: | 7100-000 | | 281.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 318,536.81 | 318,536.81 | $0.00 |
| | | | Less: Bank Transfers | | 137,313.81 | 0.00 | |
| | | | **Subtotal** | | 181,223.00 | 318,536.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$181,223.00** | **$318,536.81** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******31-65** | 159,617.43 | 22,303.62 | 0.00 |
| **Checking # ******0265** | 181,223.00 | 318,536.81 | 0.00 |
| | $340,840.43 | $340,840.43 | $0.00 |